# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **DOROTHY DUNBAR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:14-cv-02898-SHM-tmp |
| | ) | |
| **VERSANT SUPPLY CHAIN and AT&T,** | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff, Dorothy Dunbar, and Defendant, Versant Supply Chain, Inc., by and through its undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, submit this Stipulation of Dismissal with Prejudice. As the parties have settled this matter, Plaintiff's claims are hereby dismissed with prejudice.

Respectfully submitted this 12th day of June, 2015.

/s/ Diana M. Comes
Brent Siler (#22289)
Diana M. Comes (#30112)
Butler Snow LLP
6075 Poplar Avenue, Fifth Floor
Memphis, Tennessee 38119
Phone: 901-680-7200
Fax:   901-680-7201
Email: brent.siler@butlersnow.com
       diana.comes@butlersnow.com

*Attorneys for Defendant Versant Supply Chain, Inc.*

/s/ Dorothy Dunbar with Permission
Dorothy Dunbar

245 W. Person Ave.
Memphis, TN 38109
*Pro-Se* Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I served a true and correct copy of the foregoing document on the following via U.S. Mail:

Dorothy Dunbar
245 W. Person Ave.
Memphis, TN 38109
*Pro se plaintiff*

/s/ Diana M. Comes
Diana M. Comes

ButlerSnow 26344709v1