```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

**DOROTHY DUNBAR,**

        **Plaintiff,**

vs.                                            Cv. No. 14-2898-Ma

**VERSANT SUPPLY CHAIN and**
**AT&T,**

        **Defendants.**

## ORDER OF DISMISSAL

Plaintiff, Dorothy Dunbar, and Defendant, Versant Supply Chain, have submitted a Stipulation of Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed with prejudice.

SO ORDERED this 12th day of June, 2015.

                                      _s/  Samuel H. Mays, Jr._
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE